Clerk Abel Acosta
Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Texas 78711-2308

September 14, 2015
83,877-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

Re: Ex Parte: Jason Tyrone Carter
Cause No. C-19,498-A

Dear Clerk:

I'm Seeking Mandamus relief in the above styled and ~~AN~~ numbered cause

Very Truly Yours

Jason Tyrone Carter #1824592
Polunsky Unit
3872 FM 350 S.
Livingston, Tx. 77351